IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOMAS RIVERA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DIVERSIFIED MACHINE** | : | **NO. 19-486** |
| **SYSTEMS, INC.** | : | |

## SCHEDULING ORDER

**NOW**, this 9th day of April, 2019, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. All fact discovery on the issue of successor liability shall be completed no later than **July 12, 2019**.

2. Cross-motions for summary judgment on the issue of successor liability shall be filed no later than **August 9, 2019**. Responses shall be filed no later than **August 23, 2019**. Cross-motions for summary judgment and responses shall be filed in the form prescribed in Judge Savage's Scheduling and Motion Policies and Procedures, specifically:

    (a) The movant shall file a Statement of Undisputed Facts which sets forth, in numbered paragraphs, each material fact which the movant contends is undisputed;

    (b) The respondent shall file a separate Statement of Disputed Facts, responding to each numbered paragraph set forth in the Statement of Undisputed Facts, which the respondent contends presents a genuine disputed issue. The respondent shall also set forth, in separate numbered paragraphs, each additional fact which the respondent contends precludes summary judgment;

(c) All material facts set forth in the Statement of Undisputed Facts served by the movant shall be deemed undisputed unless specifically controverted by the opposing party;

(d) Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each statement. Each stated fact shall cite the source relied upon, including the title, page and line of the document supporting each statement.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.